Max Rae
OSB No. 813448
maxrae.atty@comcast.net
P.O. Box 7790
Salem, OR 97303
(503) 363-5424
Fax: (503) 363-5460
Attorney for Plaintiff, Emily Attmore

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**EMILY ATTMORE,**  
                Plaintiff,

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**  
                Defendant.

3:12-cv-00704-SI

ORDER

Attorney's fees in the amount of $15,563.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $17,000, but after Treasury offsets, the attorney received $14,946.99. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney and to send to Plaintiff's attorney, Max Rae, at the address above, the balance of $616.26, minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this  15th  day of  August,  , 2018.

                                             Michael H. Simon  
Presented by:                          United States District Judge  
s/ Max Rae  
Max Rae, OSB 813448  
(503) 363-5424  
 Attorney for Plaintiff, Emily Attmore

ORDER –  ATTMORE v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 3:12-cv-00704-SI